**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FLORANA RODRIGUEZ,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**Case No.: 8:15-cv-01812-VMC-TBM**

**COMENITY BANK,**

    **Defendant.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on November 13, 2015.  Plaintiff and her trial counsel and Defendant's corporate representative and trial counsel attended and participated.

<u>The case has been completely settled.</u>

Done November 13, 2015 in Tampa, Florida.

                      Respectfully submitted,

                      <u>/s/ Peter J. Grilli</u>
                      Peter J. Grilli, Esq.
                      Florida Bar No. 237851
                      Mediator
                      3001 West Azeele Street
                      Tampa, Florida 33609
                      813.874.1002    Fax: 813.874.1131
                      email: meditr@aol.com

I HEREBY CERTIFY that November 13, 2015 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                      <u>/s/ Peter J. Grilli</u>
                      Peter J. Grilli, Esq.