# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**FLORANA RODRIGUEZ,**

    Plaintiff,                                                        **CASE NO.:  8:15-cv-01812-VMC-TBM**

v.

**COMENITY BANK,**

    Defendant.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to Comenity Bank pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear their own fees and costs except as otherwise agreed between the parties prior to this stipulation.

Dated:  December 14, 2015                    Respectfully Submitted,

| **CENTRONE & SHRADER, PLLC** | **GOLDEN SCAZ GAGAIN, PLLC** |
|---|---|
| 612 W. Bay Street | 201 N. Armenia Ave. |
| Tampa, Florida 336056 | Tampa, FL  33609 |
| Phone:  (813) 360-1529 | Phone:  (813) 251-5500 |
| Fax:     (813) 336-0832 | Fax:  (813) 251-3675 |

/s/ Gus M. Centrone
_____
**GUS M. CENTRONE, ESQ.**
e-mail: gcentrone@centroneshrader.com
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@centroneshrader.com
Attorneys for Plaintiff

/s/ Dale T. Golden
_____
**DALE T. GOLDEN, ESQ.**
Florida Bar No. 94080
e-mail: dgolden@gsgfirm.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 14, 2015, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

                                                   /s/ Gus M. Centrone
                                                **GUS M. CENTRONE, ESQ.**